UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



STEVEN C. GARRISON, SR.,

    Plaintiff,

v.

ACTION NO. 2:08cv540

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## FINAL ORDER

Plaintiff brought this action under 42 U.S.C. §§ 1383(c)(3) and 405(g) seeking judicial review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for a period of disability, disability insurance benefits ("DIB"), and supplemental security income ("SSI") under Title II and Title XVI of the Social Security Act.

On May 21, 2009, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on February 5, 2010, recommending that plaintiff's action be dismissed. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and

recommendation, and the time for filing same has expired.[1]

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed February 5, 2010. Accordingly, plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff may appeal from the judgment entered pursuant to this Final Order by filing a <u>written</u> notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk shall forward a copy of this Final Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
February 26, 2010

---

[1] On February 17, 2010, the court received an undated, unsigned letter, written in the third person, purportedly from the plaintiff. No new issues were raised and no objections to the Magistrate Judge's Report and Recommendation were made.